OPINION — AG — THE ADJUTANT GENERAL (NATIONAL GUARD) CANNOT LEGALLY PAY FROM YOUR ' OPERATIONS ACCOUNT ' CLAIMS IN FAVOR OF THE NATIONAL GUARD BUREAU, AND THE DEPARTMENT OF THE ARMY WHEREIN THE STATE OF OKLAHOMA HAS BEEN HELD PECUNIARILY LIABLE FOR PROPERTY AND EQUIPMENT LOANED TO THE OKLAHOMA NATIONAL GUARD AND MISSING ON INVENTORY. (APPROPRIATIONS, LIABILITY) CITE: 44 O.S. 46 [44-46], 44 O.S. 111 [44-111], 44 O.S. 263 [44-263] (OWEN J. WATTS)